NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jacob Anthony Torres,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn, et al.<br><br>    Respondents. | No. CV-20-01802-PHX-SRB(ESW)<br><br>**ORDER** |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on September 15, 2020 raising two grounds for relief: 1) the trial court violated his 14th Amendment Due Process of Law; and 2) the trial court violated his 14th Amendment Equal Protection of the Law. Respondents filed a Limited Response to Petitioner's Petition for Writ of Habeas Corpus on December 28, 2020. Petitioner filed a Reply on January 27, 2021. On February 12, 2021, the Magistrate Judge issued her Report and Recommendation recommending that the petition be dismissed with prejudice as untimely.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying the Petition for Writ of Habeas Corpus and dismissing it with prejudice as untimely.

**IT IS FURTHER ORDERED** denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because dismissal of the Petition is justified by a plain procedural bar.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 11th day of March, 2021.

_____
Susan R. Bolton
United States District Judge